**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION**

|  |  |
|---|---|
| **Gregory Wilson**<br>    **Plaintiff**<br><br>**V.**<br><br>**Kansas City Southern Railway**<br>**d/b/a CPKC**<br>    **Defendants** | )<br>)<br>)<br>)      **Civil Action No.:  5:26-cv-01705**<br>)<br>)<br>)<br>)<br>)<br>) |

### MOTION FOR *PRO HAC VICE* ADMISSION OF KATHRYN AVERWATER

Now comes undersigned counsel, Joseph M. Miller, a member in good standing of the Bar

of this Court, who respectfully moves for the admission *pro hac vice* of Kathryn Averwater, Esq.,

of the law firm, Casey Jones Law Firm, 323 N. Washington Avenue, Suite 200, Minneapolis, MN

55401, (612)293-5370, kaverwater@caseyjones.law, to appear and participate as counsel for

Plaintiff, Gregory Wilson in the above-captioned matter.

In support of this motion, undersigned counsel attaches the following:

1. The Affidavit of Kathryn Averwater, stating that she is a member in good standing of the

   bar of the State of Minnesota and that no disciplinary proceedings or criminal charges

   have been instituted against her; and

2. Certificate of Good Standing from the Supreme Court of Minnesota is attached as Exhibit

   A.

WHEREFORE, undersigned counsel respectfully moves that Kathryn Averwater be

admitted *pro hac vice* to appear as counsel in this matter on behalf of Plaintiff, Gregory Willson.

1

Respectfully submitted this 20th day of July, 2026.

**DAVIS, SAUNDERS & MILLER**

/s/ JOSEPH M. MILLER
JOSEPH M. MILLER #30636
BENJAMIN B. SAUNDERS #11733
450 North Causeway Boulevard, Suite D
Mandeville, LA   70448
Telephone:  (985)612-3070
Facsimile:  (985)612-3072
jmiller@davissaunders.com