IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

|  |  |
|---|---|
| Gregory Wilson<br>Plaintiff<br><br>V.<br><br>Kansas City Southern Railway<br>d/b/a CPKC<br>Defendants | Civil Action No.: 5:26-cv-01705 |

**AFFIDAVIT**

State of Minnesota
County of Hennepin

I graduated from University of Minnesota School of Law in the year 2020. I was admitted to practice before the Minnesota Bar on October 30, 2020 (see attached certificate marked Exhibit "A"). No disciplinary procedures or criminal charges have been instituted against me as of the date hereof.

KATHRYN AVERWATER
Minnesota Bar No.: 0401767

Subscribed and sworn before me this 16th day of July, 2026.

CALEB CAMPBELL PURDOM
Notary Public
Minnesota
My Commission Expires
Jan 31, 2029

Notary Public

My commission expires:

January 31, 2029