**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

|  |  |
|---|---|
| **Gregory Wilson**<br>　　**Plaintiff**<br><br>**V.**<br><br>**Kansas City Southern Railway**<br>**d/b/a CPKC**<br>　　**Defendants** | )<br>)<br>)<br>)　　**Civil Action No.:  5:26-cv-01705**<br>)<br>)<br>)<br>)<br>)<br>) |

**OATH**

I DO SOLEMNLY AFFIRM that I will support the Constitution of the United States and that I will demean myself uprightly and according to the law and the recognized standards of ethics of the legal profession.  I do further solemnly affirm that I have read the Federal Rules of Civil Procedure, 28 U.S.C.; the Federal Rules of Criminal Procedure, 18 U.S.C.; the Federal Rules of Evidence, 28 U.S.C.; and the Uniform Local Rules of the United States District Court for the of Western District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Dated this __16__ day of __July__, 2026.

_____
**KATHRYN AVERWATER**
Minnesota Bar No.: 0401767

Subscribed and sworn before me this _16th_ day of __July__, 2026.

CALEB CAMPBELL PURDOM
Notary Public
Minnesota
My Commission Expires
Jan 31, 2029

_____
Notary Public

My commission expires: _January 31, 2029_