**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **Gregory Wilson** )<br>    **Plaintiff** )<br> )<br>**V.** )<br> )<br>**Kansas City Southern Railway** )<br>**d/b/a CPKC** )<br>    **Defendants** )<br> ) | **Civil Action No.:  5:26-cv-01705** |

---

## ORDER

---

This matter comes for hearing on the Motion of Plaintiff's Counsel, Joseph M. Miller, to admit Kathryn Averwater, a duly licensed attorney and counselor at law in good standing in the State of Minnesota, to appear and participate as *pro hac vice* counsel in the above case bearing civil action number 5-26-cv-01705.

Upon review of the documents supporting said Motion, it is hereby GRANTED and attorney Kathryn Averwateris hereby permitted to appear and participate as *pro hac vice* counsel in the above-referenced case.

Signed in New Orleans, Louisiana this _____ day of July, 2026.

_____
**JUDGE S. MAURICE HICKS**
**U.S. District Judge**
**Western District of Louisiana**